UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR GAMEZ,<br><br>Defendant. | Case No. 2:11-cr-00396-MMD-PAL<br><br>ORDER |

Before the Court is Defendant Omar Gamez's Motion to Dismiss Attorney of Record (dkt. no. 121). Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case. Therefore, Defendant's motion will be DENIED as it is procedurally barred. However, the Clerk is directed to forward a copy of dkt. no. 121 to Defendant's counsel and counsel is directed to meet and confer with her client within five (5) business days to determine if there is any reason why counsel believes she would not be able to meaningfully represent Defendant Omar Gamez further in these proceedings. A sealed status conference is scheduled for January 15, 2013, at 9:00 a.m. for the Court to address this issue.

DATED THIS 3rd day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE