**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVE YOST,<br><br>        Defendants. | Case No. 2:11-cr-00396-MMD-PAL<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion for Pretrial Release (#135), filed January 8, 2013. Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case. Defendant should file his motion through his assigned counsel. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Pretrial Release (#135) is **denied**.

DATED this 10th day of January, 2013

                                              **C.W. Hoffman, Jr.**
                                              **United States Magistrate Judge**