UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR GAMEZ,<br><br>Defendant. | Case No. 2:11-cr-00396-MMD-PAL<br><br>ORDER |

On January 15, 2013, the Court granted Krystallin D. Hernandez, Esq.'s "Motion to Withdraw as Attorney of Record" (dkt. no. 134) and ordered new counsel appointed (dkt. no. 137).

IT IS HEREBY ORDERED that Kevin R. Stolworthy, Esq. is appointed as counsel for Omar Gamez in place of Krystallin D. Hernandez, Esq. for all further proceedings.

IT IS FURTHER ORDERED that Ms. Hernandez shall forward the file to Mr. Stolworthy forthwith.

DATED this 25th day of January 2013.

Nunc Pro Tunc Date: January 24, 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE